IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA CHRISTINA ALFARO,

     Plaintiff,                      No. CIV.S. 06-1355 FCD GGH PS

    vs.

CITY OF SACRAMENTO,

     Defendant.                 ORDER

_____/

        On September 18, plaintiff filed two documents entitled, "summons," and "order to show cause." This civil rights action was closed on September 6, 2006. Plaintiff's filings do not appear to be ones contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, these documents will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED:  9/28/06

                                        /s/ Gregory G. Hollows

                                        UNITED STATES MAGISTRATE JUDGE

GGH:076
Alfaro1355.58.wpd